IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 24-21501-JAD |
|---|---|
| RICHARD G STADTERMAN, III<br>JODI L STADTERMAN<br>        Debtor(s) | Chapter 13 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
ALLEGHENY-KISKI POSTAL FEDERAL CREDIT UNION

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of Creditor, Allegheny-Kiski Postal Federal Credit Union, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    412-456-8112
    Fax: (412) 456-8120

    Attorney for Creditor,
    Allegheny-Kiski Postal Federal Credit Union

Dated: November 13, 2024