## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RICHARD G STADTERMAN, III
JODI L STADTERMAN
               Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

               Movant
     vs.
ALLEGHENY KISKI POSTAL FCU

             Respondents

Case No. 24-21501JAD

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    VEHICLE TOTALED

ALLEGHENY KISKI POSTAL FCU
501 11TH ST - RM 206
NEW KENSINGTON, PA 15068-6126

Court claim# 6/Trustee CID# 3

The Movant further certifies that on 02/24/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RICHARD G STADTERMAN, III, JODI L
STADTERMAN, 2705 VAN BUREN DR, NEW
KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG PC, 436 SEVENTH AVE STE
322, KOPPERS BUILDING, PITTSBURGH,
PA  15219

ORIGINAL CREDITOR:
ALLEGHENY KISKI POSTAL FCU, 501 11TH
ST - RM 206, NEW KENSINGTON, PA
15068-6126

ORIGINAL CREDITOR'S COUNSEL:
WH BURKLEY LLP(*), 601 GRANT ST - 9TH
FL, PITTSBURGH, PA  15219

NEW CREDITOR: