IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard G. Staderman III | ) | Case No. 24-21501 JAD |
| Jodi Stadterman | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 45-46 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULE B AND C AND SCHEDULING ORDER**

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) February 19, 2026

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Mailing Matrix

Served by CM/ECF:

Office of the U.S. Trustee

Ronda J. Winnecour, Chapter 13 Trustee

Respectfully submitted,

March 4, 2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

Label Matrix for local noticing
0315-2
Case 24-21501-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Mar  4 12:35:18 EST 2026

Alle-Kiski Postal Credit Union
Federal Credit Union
501 11th Street
Room 206
New Kensington, PA 15068-6126

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5250

Denise Carlon
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

City of Lower Burrell
2800 Bethel Street
Lower Burrell, PA 15068-3227

City of Lower Burrell Sewage
115 Schreiber St
New Kensington, PA 15068-3229

Credit Management Company
661 Andersen Drive
Foster Plaza 6
Suite 110
Pittsburgh, PA 15220-2700

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Keri P. Ebeck
Metz Lewis
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222-1222

Fay Servicing
c/o KML Law Group
701 Market St
Suite 5000
Philadelphia, PA 19106-1541

Greater Pittsburgh Orthopaedic
P.O. Box3485
Pittsburgh, PA 15230-3485

LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Municipal Authority of New Kensington
920 Barnes Street
P. O. Box 577
New Kensington, PA 15068-0577

Municipal Authority of New Kensington
P. O. Box 577
New Kensington, PA 15068-0577

New Kensington Ophth Associates
6 Feldarelli Square
New Kensington, PA 15068-4669

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company
PO Box 644760
Pittsburgh, PA 15264-4760

Retina Vitreous Consultants Inc.
L 4278
Columbus, OH 43260-0001

Spirit of the North Campground
11065 PA-36
Clarington, PA 15828

Jodi L Stadterman
2705 Van Buren Dr
New Kensington, PA 15068-2508

Richard G Stadterman III
2705 Van Buren Dr
New Kensington, PA 15068-2508

Kenneth Steidl
Steidl & Steinberg
Koppers Building
436 Seventh Ave. Ste. 322
Pittsburgh, PA 15219-1818

Stephen Yakopec, Jr.
1725 Fifth Ave
Lower Burrell, PA 15068-4417

U.S. Bank National Association, et al.
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

West Penn Power*
1310 Fairmont Avenue
Fairmont, WV 26554-3526

West Penn Power*
5001 NASA Blvd
Fairmont, WV 26554-8248

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association, not in its i
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allegheny Kiski Postal Federal Credit Unio

(d)LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33