IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD G STADTERMAN, III<br>JODI L STADTERMAN<br>         Debtor(s) | Bankruptcy No. 24-21501-JAD<br><br>Chapter 13 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
ALLEGHENY-KISKI POSTAL FEDERAL CREDIT UNION

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Allegheny-Kiski Postal Federal Credit Union, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

WH BURKLEY, LLP

By: /s/ Brent J. Lemon
Brent J. Lemon, PA I.D. # 86478
blemon@bernsteinlaw.com
601 Grant Street, 9th Floor Pittsburgh,
PA 15219
412-456-8100
Fax: (412) 456-8120

Attorney for Creditor,
Allegheny-Kiski Postal Federal
Credit Union

Dated: March 13, 2026