# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| **Richard G. Stadterman, III** | )   **Case No. 24-21501 – JAD** |
| **Jodi L. Stadterman** | ) |
| | )   **Chapter 13** |
| **Debtor(s).** | ) |
| _____ | X        Related to Docs. #49, 56 and 58 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑        a motion to dismiss case or certificate of default requesting dismissal

X        a plan modification sought by:   The Debtor

❑        a motion to lift stay
as to creditor        _____

❑        Other:        _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated

X Amended Chapter 13 Plan dated 3/6/2026

[04/22]-1-

is modified as follows:

### [ONLY PROVISIONS CHECKED BELOW SHALL APPLY]

☒      Debtor(s) Plan payments shall be changed from $0.00 to $0.00per month effective  _; and/or the Plan term shall be changed from ____ months to ____ months.                      .

❏      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏      Debtor(s) shall file and serve _____ on or before _____.

❏      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X      Other:  G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

**CL#9-2 to Govern secured @ 10%.**

[04/22]-2-

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]-3-

**SO ORDERED**, this ___6th___ day of _____July_____, 202_6_

Dated: _____7/6/2026_____

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                              Stipulated by:

/s/ Kenneth Steidl_____                /s/ Dennis Sloan_____
Counsel to Debtor                           Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

FILED
7/6/26 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]-4-

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 24-21501-JAD |
|---|---|
| Richard G Stadterman, III | Chapter 13 |
| Jodi L Stadterman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard G Stadterman, III, Jodi L Stadterman, 2705 Van Buren Dr, New Kensington, PA 15068-2508 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15811527 | + | Alle-Kiski Postal Credit Union, Federal Credit Union, 501 11th Street, Room 206, New Kensington, PA 15068-6126 |
| 16452360 | + | City of Lower Burrell, 2800 Bethel Street, Lower Burrell, PA 15068-3227 |
| 15811530 | + | City of Lower Burrell Sewage, 115 Schreiber St, New Kensington, PA 15068-3229 |
| 15820912 | + | Greater Pittsburgh Orthopaedic, P.O. Box3485, Pittsburgh, PA 15230-3485 |
| 15820914 | + | Municipal Authority of New Kensington, 920 Barnes Street, P. O. Box 577, New Kensington, PA 15068-0577 |
| 15820913 | + | Municipal Authority of New Kensington, P. O. Box 577, New Kensington, PA 15068-0577 |
| 15820915 | | New Kensington Ophth Associates, 6 Feldarelli Square, New Kensington, PA 15068-4669 |
| 15820916 | + | Retina Vitreous Consultants Inc., L 4278, Columbus, OH 43260-0001 |
| 15820917 | | Spirit of the North Campground, 11065 PA-36, Clarington, PA 15828 |
| 16507152 | + | Stephen Yakopec, Jr., 1725 Fifth Ave, Lower Burrell, PA 15068-4417 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 07 2026 04:40:00 | U.S. Bank National Association, not in its individ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 15820910 | ^ | MEBN | Jul 07 2026 04:35:43 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15820911 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 07 2026 04:41:00 | Credit Management Company, 661 Andersen Drive, Foster Plaza 6, Suite 110, Pittsburgh, PA 15220-2700 |
| 15811531 | ^ | MEBN | Jul 07 2026 04:35:52 | Fay Servicing, c/o KML Law Group, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |
| 15815142 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 04:53:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15811532 | | Email/Text: ebnpeoples@grblaw.com | Jul 07 2026 04:40:00 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16425870 | ^ | MEBN | Jul 07 2026 04:35:30 | U.S. Bank National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 16427769 | | Email/Text: BNCnotices@dcmservices.com | Jul 07 2026 04:40:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16427770 | | Email/Text: BNCnotices@dcmservices.com | Jul 07 2026 04:40:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15820918 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 07 2026 04:40:00 | West Penn Power*, 5001 NASA Blvd, Fairmont, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: pdf900 | Total Noticed: 23 |

|  |  |  | WV 26554-8248 |
|---|---|---|---|
| 15820919 | + Email/Text: bankruptcy@firstenergycorp.com | | |
|  | | Jul 07 2026 04:40:00 | West Penn Power*, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny Kiski Postal Federal Credit Union |
| cr | *+ | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15811528 | *+ | Alle-Kiski Postal Credit Union, Federal Credit Union, 501 11th Street, Room 206, New Kensington, PA 15068-6126 |
| 15811529 | *+ | Alle-Kiski Postal Credit Union, Federal Credit Union, 501 11th Street, Room 206, New Kensington, PA 15068-6126 |
| 15815143 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Brent J. Lemon | on behalf of Creditor Allegheny Kiski Postal Federal Credit Union blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Jodi L Stadterman julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Kenneth Steidl | on behalf of Debtor Richard G Stadterman  III julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Allegheny Kiski Postal Federal Credit Union kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                Page 3 of 3
Date Rcvd: Jul 06, 2026                       Form ID: pdf900                           Total Noticed: 23
TOTAL: 8